PROB 12B
(NYEP-6/15/07)

# United States District Court
## for the
## Eastern District of New York



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 0 1 2012
BROOKLYN OFFICE

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Ernest Grillo**          Case Number **08-CR-76**

Name of Sentencing Judicial Officer: **The Honorable Jack B. Weinstein, Senior U.S. District Judge**

Date of Original Sentence: **August 8, 2008**

Original Offense: **Conspiracy to Commit Extortion, 18 USC 1951 (a) Two Counts, Class C felony**

Original Sentence: **30 months custody, 3 years supervised release, with special conditions for the defendant not to have any relationship with members of organized crime or criminals, unless they are related by a natural relationship, marriage or otherwise; the defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search and make payments, toward his outstanding fine balance, in the amount of $140 per month, $5,000 fine and a $200 special assessment fee.**

Amended Sentence: **On April 22, 2009, Your Honor ordered the offender to pay $27,248 in restitution to S.I. Cement Profits, and $4,000 in restitution to NASCAR, joint and several with his co-defendants.**

Type of Supervision: **Supervised release**          Date Supervision Commenced: **April 13, 2010**

---

## PETITIONING THE COURT

☒    To modify the conditions of supervision as follows:

   The defendant shall make payments, toward his outstanding restitution balance, in the amount of $200 per month.

Case 1:08-cr-00076-JBW   Document 2260   Filed 03/01/12   Page 2 of 3 PageID #: 15504

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Prob 12B / Page 2

## CAUSE

By way of background, on April 22, 2008, Your Honor issued a restitution order subsequent to the offender's original sentence on August 8, 2008. The offender was ordered to pay, jointly and severally, $31,248 in restitution.

On April 13, 2010, the offender was released from custody. He has resided alone in a private home while working as an assistant for a towing service, earning approximately $2,000 in monthly income, since his release.

As of this writing, the offender has made a total of $1,780 in restitution payments. The current restitution balance is $27,847.42.

At this time, we respectfully request that Your Honor order the proposed payment schedule of $200 per month. Attached please find a Probation Form 49, signed by the offender on December 20, 2011, waiving his right to a hearing in this matter. Please advise us of your decision below.

Respectfully submitted by,

_____
Robert W. Anton
Senior U.S. Probation Officer
Date: January 4, 2011

Approved by,

_____
Elizabeth Daly
Supervising U.S. Probation Officer
Date: January 4, 2011

THE COURT ORDERS:

☒ The Modification of Conditions as Noted Above

☐ Other

_____
Signature of Judicial Officer

2/13/12
Date

PROB 49
(NYEP-8/1/07)

# United States District Court

## EDNY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make payments, toward his outstanding restitution balance, in the amount of $200 per month.

*yes I agree to the change from 140.⁰⁰ per month to 200. per month.*

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

12-20-11
Date